# Exhibit 2

| US12197178B2 | Leonardo AW609 tiltrotor ("The accused product") |
|---|---|
| 1. A transportation method for transporting a payload with one or more objects or people, comprising: | The accused product discloses a transportation method (e.g., aerial transportation) for transporting a payload with one or more objects or people (e.g., passengers, cargo, etc.).<br><br>As shown below, the accused product is a transportation aircraft for transporting passengers, cargo, etc. It also provides medical and rescue services such as transporting patients, organs, etc.<br><br><br>https://helicopters.leonardo.com/en/products/aw609 |

## AW609

# Extending Tactical Reach

The AW609 is a revolution in point-to-point aerial transportation, combining the speed, range, and comfort of a fixed-wing airplane with the convenience and flexibility of a helicopter. The AW609 TiltRotor is ideally suited to a wide range of missions including VIP and Executive Transport, Parapublic, Medical and Rescue Services and Energy Services, delivering an unprecedented level of performance.

Flying at almost twice the speed of a conventional helicopter, the AW609 features a comfortable pressurised cabin designed for cruising efficiently at 25,000 ft. Digital VFR/IFR avionics feature triple-redundant fly-by-wire controls to reduce pilot workload and maximise situational awareness.

The AW609 is designed for flight into known icing conditions and meets the highest FAA requirements for both fixed-wing airplanes and helicopters including single-engine operation and autorotation.

https://usa.leonardo.com/en/business/helicopters/products

Medical and Rescue Services   Energy Services   Security Services



## Mission ready

In time-critical scenarios the AW609's combination of fixed and rotary-wing performance greatly improves response times and coverage area during Search and Rescue (SAR) and Emergency Medical Services (EMS) missions. Its speed and range easily overcome the challenge of distance for rapid transport of patients or organs to medical centres.

a payload with one or more objects or people

https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services   Energy Services   Security Services



## Exceptional cabin flexibility

The AW609's wide cabin door can easily handle a rescue basket, while two stretchers can be quickly loaded thanks to the low entry sill. Uninterrupted medical care can be provided on board in the pressurised interior due to the smooth turboprop-like flight profile. Up to five medics can care for a patient in a fully medically equipped cabin.



https://helicopters.leonardo.com/en/products/aw609



Medical and Rescue Services    **Energy Services**    Security Services

## Mission ready

As rigs move further offshore, the AW609's high speed and long range will set new standards for vertical lift. For long-distance, deep-water operations, the AW609 can carry up to nine passengers further and faster than a conventional helicopter. This revolutionary capability opens up new remote exploration opportunities, eliminates mixed fleets and provides a faster response in the delivery of time-critical parts and personnel.

The AW609 maximises rig-crew productivity with flight times typically half those of helicopters, while its capability to fly into known icing conditions above bad weather allows minimum disruption to operations to offshore helipads and ship decks.

https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services    Energy Services    Security Services



### Exceptional cabin flexibility

The AW609 can accommodate up to nine passengers in the safety and comfort of its composite pressurised cabin. Its flexible layout allows an easy reconfiguration to accommodate two stretchers and medical gear to support an emergency evacuation.



https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services    Energy Services    Security Services



### Exceptional cabin flexibility

The AW609's wide cabin door and low sill enables easy access for passengers and cargo, while the pressurised cabin enables greater crew safety and productivity. The interior can be further adapted to meet a wide range of security missions.

a payload with one or more objects or people



https://helicopters.leonardo.com/en/products/aw609

# AW609 tiltrotor in final production configuration flies in Philadelphia

Philadelphia  27 December 2019 08:30

The fourth AW609 tiltrotor, fully representative of the final production configuration, successfully performed its first flight at Leonardo's Philadelphia plant on 23 December, entering the final program development and ground / flight testing stages.

Lifting off on a clear afternoon, test pilot Dan Wells said, "The aircraft performed beautifully, thanks to all the rig and ground testing and the work done by our amazing engineering and production teams. The new touch-screen cockpit layout really proved its value and the aircraft exceeded all of our expectations."

With this flight the world's first multirole commercial tiltrotor achieved a major milestone on its path to FAA certification. The AW609 will be certified under the FAA's new Powered Lift category, the first new category of aircraft certified by the FAA in decades. Combining the vertical take-off and landing performance of a helicopter with the speed, range, and comfort of a turboprop airplane, the AW609 is poised to transform private and downtown to downtown transport, emergency medical service (EMS), search and rescue (SAR), offshore operations and patrol, among other uses. The AW609 carries up to nine passengers in a comfortable pressurized cabin, has a max cruise speed of 275 knots and can travel up to 700 nautical miles — about twice as fast and twice as far as the typical helicopter. It climbs to 25,000 feet, flying safely above inclement weather and in known icing conditions. The AW609 features fly-by-wire flight controls, Collins Aerospace Pro Line Fusion avionics and two Pratt & Whitney PT6C-67A engines.

https://usa.leonardo.com/en/press-release-detail/-/detail/aw609-tiltrotor-in-final-production-configuration-flies-in-philadelphia

| providing a vehicle having a propulsion unit movably coupled to a frame enclosing the payload between a first position during lift-off and a second position during flight; | The accused product discloses that providing a vehicle having a propulsion unit (e.g., engines & tiltrotor of the accused product) movably coupled to a frame (e.g., aircraft engine and tiltrotor assembly) enclosing the payload (e.g., passengers, cargo, etc.) between a first position during lift-off (e.g., vertical take-off position) and a second position (e.g., horizontal position) during flight.<br><br>As shown below the accused product is a transportation aircraft for transporting passengers, cargo, etc. It comprises engines and tiltrotor system mounted on the aircraft frame. Further, the tiltrotor system is configured to transition from a vertical take-off position (e.g., a first position during lift-off) to a horizontal position (e.g., second position) during flight.<br><br><br>https://helicopters.leonardo.com/en/products/aw609 |

## AW609

# Extending Tactical Reach

The AW609 is a revolution in point-to-point aerial transportation, combining the speed, range, and comfort of a fixed-wing airplane with the convenience and flexibility of a helicopter. The AW609 TiltRotor is ideally suited to a wide range of missions including VIP and Executive Transport, Parapublic, Medical and Rescue Services and Energy Services, delivering an unprecedented level of performance.

Flying at almost twice the speed of a conventional helicopter, the AW609 features a comfortable pressurised cabin designed for cruising efficiently at 25,000 ft. Digital VFR/IFR avionics feature triple-redundant fly-by-wire controls to reduce pilot workload and maximise situational awareness.

The AW609 is designed for flight into known icing conditions and meets the highest FAA requirements for both fixed-wing airplanes and helicopters including single-engine operation and autorotation.

https://usa.leonardo.com/en/business/helicopters/products



https://helicopters.leonardo.com/en/products/aw609

# AW609 tiltrotor in final production configuration flies in Philadelphia

Philadelphia  27 December 2019 08:30

The fourth AW609 tiltrotor, fully representative of the final production configuration, successfully performed its first flight at Leonardo's Philadelphia plant on 23 December, entering the final program development and ground / flight testing stages.

Lifting off on a clear afternoon, test pilot Dan Wells said, "The aircraft performed beautifully, thanks to all the rig and ground testing and the work done by our amazing engineering and production teams. The new touch-screen cockpit layout really proved its value and the aircraft exceeded all of our expectations."

With this flight the world's first multirole commercial tiltrotor achieved a major milestone on its path to FAA certification. The AW609 will be certified under the FAA's new Powered Lift category, the first new category of aircraft certified by the FAA in decades. Combining the vertical take-off and landing performance of a helicopter with the speed, range, and comfort of a turboprop airplane, the AW609 is poised to transform private and downtown to downtown transport, emergency medical service (EMS), search and rescue (SAR), offshore operations and patrol, among other uses. The AW609 carries up to nine passengers in a comfortable pressurized cabin, has a max cruise speed of 275 knots and can travel up to 700 nautical miles — about twice as fast and twice as far as the typical helicopter. It climbs to 25,000 feet, flying safely above inclement weather and in known icing conditions. The AW609 features fly-by-wire flight controls, Collins Aerospace Pro Line Fusion avionics and two Pratt & Whitney PT6C-67A engines.

*a first position during lift-off*

*propulsion unit*

https://usa.leonardo.com/en/press-release-detail/-/detail/aw609-tiltrotor-in-final-production-configuration-flies-in-philadelphia

Medical and Rescue Services    Energy Services    Security Services

## Mission ready

In time-critical scenarios the AW609's combination of fixed and rotary-wing performance greatly improves response times and coverage area during Search and Rescue (SAR) and Emergency Medical Services (EMS) missions. Its speed and range easily overcome the challenge of distance for rapid transport of patients or organs to medical centres.

payload



https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services    Energy Services    Security Services



## Exceptional cabin flexibility

The AW609's wide cabin door can easily handle a rescue basket, while two stretchers can be quickly loaded thanks to the low entry sill. Uninterrupted medical care can be provided on board in the pressurised interior due to the smooth turboprop-like flight profile. Up to five medics can care for a patient in a fully medically equipped cabin.



https://helicopters.leonardo.com/en/products/aw609



Medical and Rescue Services    Energy Services    Security Services

a second position during flight

## Mission ready

As rigs move further offshore, the AW609's high speed and long range will set new standards for vertical lift. For long-distance, deep-water operations, the AW609 can carry up to nine passengers further and faster than a conventional helicopter. This revolutionary capability opens up new remote exploration opportunities, eliminates mixed fleets and provides a faster response in the delivery of time-critical parts and personnel.

The AW609 maximises rig-crew productivity with flight times typically half those of helicopters, while its capability to fly into known icing conditions above bad weather allows minimum disruption to operations to offshore helipads and ship decks.

https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services   **Energy Services**   Security Services



## Exceptional cabin flexibility

The AW609 can accommodate up to nine passengers in the safety and comfort of its composite pressurised cabin. Its flexible layout allows an easy reconfiguration to accommodate two stretchers and medical gear to support an emergency evacuation.



https://helicopters.leonardo.com/en/products/aw609

Medical and Rescue Services   Energy Services   **Security Services**



## Exceptional cabin flexibility

payload

The AW609's wide cabin door and low sill enables easy access for passengers and cargo, while the pressurised cabin enables greater crew safety and productivity. The interior can be further adapted to meet a wide range of security missions.



https://helicopters.leonardo.com/en/products/aw609



https://youtu.be/dXORMibhRfc



https://theaviationist.com/2024/06/27/leonardo-aw609-cavour/



https://youtu.be/dXORMibhRfc



a second position during flight

https://youtu.be/dXORMibhRfc

**Introduction**

The AW609 tiltrotor is one of the most significant technological innovations in the current global aviation landscape. Technically, the tiltrotor is an aircraft designed and built to synthesise the helicopter's operational versatility and the aeroplane's performance advantages. The helicopter and the aeroplane will remain faithful to their present formula with the requirements that have made them successful: hovering and vertical take-off/landing for the former; high speed, high altitude and long range flight for the latter. In the AW609, the proprotor nacelle is vertical for flight operations in its helicopter configuration. As soon as it reaches the right speed, the nacelle rotates forward progressively until the rotors are horizontal and act as driving propellers. During this conversion process, which takes place within an optimal conversion 'corridor' automatically managed by onboard computers, lift is transferred from the rotors to the wing. There are no sudden changes in

https://www.leonardo.com/documents/15646808/16764823/
MediaInfo_LDO_AW609_2021_ENG.pdf



a first position during lift-off

https://verticalmag.com/press-releases/aw609-tiltrotor-program-sets-major-milestone-with-first-production-aircrafts-maiden-flight/



**a second position during flight**

https://helicopters.leonardo.com/en/products/aw609

| | |
|---|---|
| determining a control gesture as captured by a plurality of cameras or sensors in the vehicle; and<br><br>Col 4: lines 25-31 | The accused product discloses that determining a control gesture (e.g., gesture using a stick controller) as captured by a plurality of cameras or sensors (e.g., onboard aircraft sensors) in the vehicle (e.g., the accused product).<br><br>As shown below, the accused product is a transportation aircraft for transporting passengers, cargo, etc. It allows a pilot to use a dedicated stick controller for manoeuvring the aircraft. The pilot control inputs are captured by onboard sensors connected to the stick controller. The sensors detect the position and movement of the pilot's stick inputs. These sensor signals are processed by the flight control system to adjust the rotors, tilt, etc. |

| | |
|---|---|
| *Cockpit display device may also serve as a pilot input device if <u>a touch screen display</u> implementation is used, however, other user interface devices may alternatively be used to allow <u>an onboard pilot to provide control commands to a vehicle being operated responsive to onboard pilot control including, for example, a control panel, mechanical control devices or other control devices.</u>*<br><br>Col 8: lines 47-56 | <br>https://helicopters.leonardo.com/en/products/aw609 |

| | |
|---|---|
| *In one aspect, a method for controlling a vehicle, the method comprising: generating a multi-dimensional model of a vehicle operating in a 3D environment;* <u>*determining a hand control gesture as captured by a plurality of cameras or sensors in the vehicle, wherein a sequence of finger, palm or hand movements represents a vehicle control request;*</u> *determining vehicle control options based on* | **AW609**<br><br>## Extending Tactical Reach<br><br>The AW609 is a revolution in point-to-point aerial transportation, combining the speed, range, and comfort of a fixed-wing airplane with the convenience and flexibility of a helicopter. The AW609 TiltRotor is ideally suited to a wide range of missions including VIP and Executive Transport, Parapublic, Medical and Rescue Services and Energy Services, delivering an unprecedented level of performance.<br><br>Flying at almost twice the speed of a conventional helicopter, the AW609 features a comfortable pressurised cabin designed for cruising efficiently at 25,000 ft. Digital VFR/IFR avionics feature triple-redundant fly-by-wire controls to reduce pilot workload and maximise situational awareness.<br><br>The AW609 is designed for flight into known icing conditions and meets the highest FAA requirements for both fixed-wing airplanes and helicopters including single-engine operation and autorotation.<br><br>https://helicopters.leonardo.com/en/products/aw609 |

| | |
|---|---|
| *the model, a current state of the vehicle and the environment of the vehicle; and controlling the vehicle to operate based on the model and the 3D environment.* | <br>https://helicopters.leonardo.com/en/products/aw609<br><br><br>https://helicopters.leonardo.com/en/products/aw609 |

## AW609 tiltrotor in final production configuration flies in Philadelphia

Philadelphia  27 December 2019 08:30

The fourth AW609 tiltrotor, fully representative of the final production configuration, successfully performed its first flight at Leonardo's Philadelphia plant on 23 December, entering the final program development and ground / flight testing stages.

Lifting off on a clear afternoon, test pilot Dan Wells said, "The aircraft performed beautifully, thanks to all the rig and ground testing and the work done by our amazing engineering and production teams. The new touch-screen cockpit layout really proved its value and the aircraft exceeded all of our expectations."

With this flight the world's first multirole commercial tiltrotor achieved a major milestone on its path to FAA certification. The AW609 will be certified under the FAA's new Powered Lift category, the first new category of aircraft certified by the FAA in decades. Combining the vertical take-off and landing performance of a helicopter with the speed, range, and comfort of a turboprop airplane, the AW609 is poised to transform private and downtown to downtown transport, emergency medical service (EMS), search and rescue (SAR), offshore operations and patrol, among other uses. The AW609 carries up to nine passengers in a comfortable pressurized cabin, has a max cruise speed of 275 knots and can travel up to 700 nautical miles — about twice as fast and twice as far as the typical helicopter. It climbs to 25,000 feet, flying safely above inclement weather and in known icing conditions. The AW609 features fly-by-wire flight controls, Collins Aerospace Pro Line Fusion avionics and two Pratt & Whitney PT6C-67A engines.

https://usa.leonardo.com/en/press-release-detail/-/detail/aw609-tiltrotor-in-final-production-configuration-flies-in-philadelphia



https://youtu.be/dXORMibhRfc



https://youtu.be/dXORMibhRfc



https://youtu.be/dXORMibhRfc



https://youtu.be/dXORMibhRfc

Each pilot has a primary flight display that incorporates standard flight data plus a visual representation of nacelle angle. In the center of the instrument panel, a multi-function display provides access to a wealth of navigational and aircraft systems information, including depictions of the electrical system, hydraulics, and flight controls. The displays are touchscreens, but pilots can also interface with them using a dedicated joystick called a cursor control panel.
https://verticalmag.com/features/tiltrotor-training-tool-we-fly-the-aw609-procedures-trainer/

For cruise flight, a further click of the thumb wheel transitions the nacelles automatically from 75 to 50 degrees, then from 50 degrees down to zero for airplane mode. One more click reduces the proprotor rpm (Nr) from 100 to 84 percent (moving the thumb wheel in the other direction reverses the process).
https://verticalmag.com/features/tiltrotor-training-tool-we-fly-the-aw609-procedures-trainer/

The suite features three large-format displays with touch-screen interfaces. A sink-rate warning system is also included to maximize allowable descent rates at slow forward speeds with a safety margin to avoid vortex ring state. (See "VRS and Other Controversies" sidebar.) The cockpit is designed for single-pilot IFR operation, although it is likely that in most roles such as in business aviation or offshore transport, two pilots will crew the aircraft.
https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation

While many of the functions in the AW609's operation are automated via the FCC and its software algorithms, cockpit controls are designed to replicate those of conventional rotary-wing aircraft to ease transition of pilots into the dual-role tiltrotor. A collective stick is mounted on the left side of the pilot seats — in the AW609, it is called the "power lever" and is equipped with a thumb wheel to change the nacelle positions — with a cyclic stick facing the pilot that doubles as a "joystick" in the airplane mode.

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation



AW609 collective stick, or "power lever," includes a thumb-wheel for tilting the aircraft's nacelles. Credit: Leonardo

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation



a control gesture

https://theaviationist.com/2024/06/27/leonardo-aw609-cavour/

| determining one or more vehicle control options based on a computer model, a current state of the vehicle and an environment of the vehicle. | The accused product discloses that determining one or more vehicle control options (e.g., adjusting rotors, changing tilt angle, etc.) based on a computer model (e.g., an onboard computer of the accused product), a current state (e.g., speed, orientation, etc) of the vehicle (e.g., the accused product) and an environment (e.g., icing conditions) of the vehicle (e.g., the accused product).

As shown below, the accused product is a transportation aircraft for transporting passengers, cargo, etc. It allows a pilot to use a dedicated stick controller for manoeuvring the aircraft. The pilot control inputs are captured by onboard sensors connected to the stick controller. The sensors detect the position and movement of the pilot's stick inputs. These sensor signals are processed by the flight control system to adjust the rotors, tilt, etc. The accused product comprises onboard computers that determine control actions using flight control models. These models take input from the current aircraft state, such as speed, altitude, orientation, etc. along |

with environmental data such as wind, icing conditions, etc. Based on this information, the system calculates appropriate control responses to maintain stable flight in icing environment.



https://helicopters.leonardo.com/en/products/aw609

## AW609

# Extending Tactical Reach

The AW609 is a revolution in point-to-point aerial transportation, combining the speed, range, and comfort of a fixed-wing airplane with the convenience and flexibility of a helicopter. The AW609 TiltRotor is ideally suited to a wide range of missions including VIP and Executive Transport, Parapublic, Medical and Rescue Services and Energy Services, delivering an unprecedented level of performance.

Flying at almost twice the speed of a conventional helicopter, the AW609 features a comfortable pressurised cabin designed for cruising efficiently at 25,000 ft. Digital VFR/IFR avionics feature triple-redundant fly-by-wire controls to reduce pilot workload and maximise situational awareness.

The AW609 is designed for flight into known icing conditions and meets the highest FAA requirements for both fixed-wing airplanes and helicopters including single-engine operation and autorotation.

https://helicopters.leonardo.com/en/products/aw609

## AW609 tiltrotor in final production configuration flies in Philadelphia

Philadelphia  27 December 2019 08:30

The fourth AW609 tiltrotor, fully representative of the final production configuration, successfully performed its first flight at Leonardo's Philadelphia plant on 23 December, entering the final program development and ground / flight testing stages.

Lifting off on a clear afternoon, test pilot Dan Wells said, "The aircraft performed beautifully, thanks to all the rig and ground testing and the work done by our amazing engineering and production teams. The new touch-screen cockpit layout really proved its value and the aircraft exceeded all of our expectations."

With this flight the world's first multirole commercial tiltrotor achieved a major milestone on its path to FAA certification. The AW609 will be certified under the FAA's new Powered Lift category, the first new category of aircraft certified by the FAA in decades. Combining the vertical take-off and landing performance of a helicopter with the speed, range, and comfort of a turboprop airplane, the AW609 is poised to transform private and downtown to downtown transport, emergency medical service (EMS), search and rescue (SAR), offshore operations and patrol, among other uses. The AW609 carries up to nine passengers in a comfortable pressurized cabin, has a max cruise speed of 275 knots and can travel up to 700 nautical miles — about twice as fast and twice as far as the typical helicopter. It climbs to 25,000 feet, flying safely above inclement weather and in known icing conditions. The AW609 features fly-by-wire flight controls, Collins Aerospace Pro Line Fusion avionics and two Pratt & Whitney PT6C-67A engines.

https://usa.leonardo.com/en/press-release-detail/-/detail/aw609-tiltrotor-in-final-production-configuration-flies-in-philadelphia



https://helicopters.leonardo.com/en/products/aw609



https://youtu.be/dXORMibhRfc



https://youtu.be/dXORMibhRfc



https://youtu.be/dXORMibhRfc



https://helicopters.leonardo.com/en/products/aw609



https://youtu.be/dXORMibhRfc

helicopter configuration. As soon as it reaches the right speed, the nacelle rotates forward progressively until the rotors are horizontal and act as driving propellers. During this conversion process, which takes place within an optimal conversion 'corridor' automatically managed by onboard computers, lift is transferred from the rotors to the wing. There are no sudden changes in altitude or flight characteristics during the conversion, in which the pilot retains complete control of the aircraft. The ability to integrate so many different characteristics into one vehicle overcoming

https://www.leonardo.com/documents/15646808/16764823/MediaInfo_LDO_AW609_2021_ENG.pdf



https://youtu.be/dXORMibhRfc

The fly-by-wire (FBW) control system is also triply redundant. "BAe Systems developed the FBW hardware and Leonardo wrote the software code in-house," Sunick noted. Considering that it must govern both rotary- and fixed-wing operation and the transition between the two modes, the software must be among the most complex in civil aviation, and it makes flying the AW609 possible with a claimed minimum of pilot workload. "We are constantly updating it," Sunick said, "just like your iPhone." It is programmed to, in certain cases, "not let you do things," he offered. However, note that this is not exactly like some FBW code in other aircraft that will not allow the aircraft to diverge from the established flight envelope.

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation

"It doesn't have a rudder, so when in airplane mode, we use differential collective — the yaw effect — to turn," he continued. "Differential collective and flaperons enable the coordinated turn — all managed by the FCC. From the pilot's perspective, though, nothing has changed. The flight-control computer takes the pilot's input and moves the proper control surface to get the desired result. The AW609 can autorotate, and you have maximum compatibility so a conventional helicopter pilot would feel no difference in how it handles. Same for fixed-wing pilots."

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation

Thanks to flight-control system augmentation, constant altitude during the conversion can be maintained (i.e., with no dip in altitude for translational lift) with low pilot workload as a byproduct. Consider that transition must be made starting from a condition where nacelles are vertical and lift is produced in a hover, to a lowering of the nacelles to about 75 deg. where forward speed builds to 60-80 kt., and lift is gradually transferred to the wing. As the aircraft continues to accelerate to about 160 kt., the wing becomes fully loaded, and conversion to airplane mode is complete.

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation

The aircraft has designed-in proprotor anti-ice and deice capability and is fitted with wing and engine inlet deicing boots and a heated windshield for eventual approval of flight into known icing conditions. Leonardo has tested the airframe with ice forms in flight to determine the effect of icing on the unprotected empennage.

https://aviationweek.com/business-aviation/aw609-bringing-tiltrotor-technology-civil-aviation

**Technical description**

The AW609, with a take-off weight of around 8 tonnes and an airframe made entirely of modern composite materials, can complete the conversion procedure (from a helicopter's typical flight profile to that of an aeroplane and vice versa) in less than 60 seconds. In addition to greater speed and range than a helicopter, a pressurised cabin and an ice protection system make the tiltrotor even more versatile, allowing it to fly at an altitude of about 8,000 metres. The AW609 is equipped with a triple digital fly-by-wire (FBW) flight control system, which provides excellent manoeuvrability, reduced overall aircraft weight, safety and simplicity/containment of maintenance costs. All the parameters needed to fly the tiltrotor are displayed in an advanced cockpit equipped with liquid crystal touch screens. The modern anti-icing system allows it to fly in the most extreme weather conditions. All major systems are redundant, ensuring smooth operation in case of failure and helping to maintain high safety standards.

https://www.leonardo.com/documents/15646808/16764823/MediaInfo_LDO_AW609_2021_ENG.pdf